585 A.2d 398
STATE OF NEW JERSEY v. JOSEPH N. ZALEWSKI.

October 16, 1990.

Petition for certification denied.

585 A.2d 398
STATE OF NEW JERSEY v. MICHAEL MALGIERI.

October 16, 1990.

Petition for certification denied.

585 A.2d 398
STATE OF NEW JERSEY v. DONALD TROTTIER.

October 16, 1990.

Petition for certification denied.

585 A.2d 398
STATE OF NEW JERSEY v. LEON FIELDS.

October 16, 1990.

Petition for certification denied.

585 A.2d 398
STATE OF NEW JERSEY v. LAMONT BENNETT.

October 16, 1990.

Petition for certification denied.